IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE LEE HARPER,

  Appellant,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,

  Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2520

_____/

Opinion filed February 23, 2017.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Willie Lee Harper, pro se, for Appellant.

Pamela Jo Bondi, Attorney General; William W. Gwaltney, Randall Lee Page, and Brett Michael Roy Coleman, Assistant Attorneys General; and Kenneth S. Steely, General Counsel, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.